# Third District Court of Appeal

## State of Florida

Opinion filed July 29, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 15-1588
Lower Tribunal No. 92-21317
_____

**Dallas Y. Goodloe,**
Petitioner,

vs.

**Julie L. Jones, etc.,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Dallas Y. Goodloe, in proper person.

Pamela Jo Bondi, Attorney General, and Douglas J. Glaid, Assistant Attorney General, for respondent.

Before SUAREZ, C.J., and ROTHENBERG and EMAS, JJ.

PER CURIAM.

Dallas Y. Goodloe petitions for a writ of habeas corpus in order to obtain credit for 364 days served prior to sentencing. The state has conceded that petitioner is entitled to be credited the time requested.

Based upon the state's proper concession, we grant the petition and remand this matter to the trial court for correction of Goodloe's sentence through the award of an additional credit of 364 days for time served.

Petition granted.